THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PELLEGRINO A. TRUNCALE, Appellant.— Judgment of the County Court, Dutchess County, convicting defendant of the crime of manslaughter in the second degree, and

sentencing him to Sing Sing Prison for an indeterminate term of seven and one-half years minimum and fifteen years maximum, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of the Lawyers Westchester Mortgage and Title Company, Appellant, against CORNELIUS T. HALPIN, as Assessor of the Town of Harrison, et al., Respondents.— Appeal from an order in a consolidated certiorari proceeding, fixing the value of certain properties in the town of Harrison, County of Westchester. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Appeal from an order denying retaxation of costs in said proceeding. Order unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.